IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TIMOTHY BLACKSTOCK**                                                 **PLAINTIFF**

V.                                    **CAUSE NO. 4:09-CV-26-SA-DAS**

**SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC., AND ELECTRIC
INSURANCE**                                                    **DEFENDANTS**

## ORDER

For the reasons stated in a Memorandum Opinion to be issued on this day, the Court **GRANTS** Defendants' Motion to Dismiss. This case is hereby **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED, this the 26th day of August, 2009.

                                                                             **/s/ Sharion Aycock**
                                                                             **U.S. DISTRICT JUDGE**